IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TIMOTHY MARVIN FRICKS  :<br>  :<br>      **Plaintiff,**  :<br>  :<br>VS.  :<br>  :<br>STEVE UPTON, *et al.*,  :<br>  :<br>      **Defendants.**  :<br>  : | NO. 5:10-CV-458 (MTT)<br><br>Proceedings Under 42 U.S.C. §1983<br>Before the U.S. Magistrate Judge |

**ORDER**

On June 21, 2011, Defendant Steve Upton filed a Waiver of Reply in the above-captioned case. Doc. 14. After review of the Complaint (Doc.1), it appears that the Plaintiff has a reasonable opportunity to prevail on the merits. Accordingly, Defendant Upton is hereby ordered to file an answer and/or motion to dismiss on or before Tuesday, July 19, 2011.

**SO ORDERED**, this the 21st day of June, 2011.

 

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge