IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TIMOTHY MARVIN FRICKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-458(MTT) |
| WARDEN STEVE UPTON, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

On March 19, 2012, the Court dismissed the Plaintiff's complaint against the Defendants but allowed the Plaintiff sixty days to ascertain the identities of the Classification Committee – the proper defendants – and amend his complaint. (Doc. 31). Upon expiration of that sixty day period, the improperly named Defendants and the entire case would be dismissed if the Plaintiff had not identified the proper parties and amended his complaint in accordance with the Order. The sixty day discovery period expired on May 22, 2012, and the Plaintiff has failed to amend his complaint and name the proper parties. Therefore, this case is **DISMISSED**.

**SO ORDERED**, this the 4th day of June, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT